STATE OF NORTH CAROLINA v. WILLIAM H. WILSON

No. 713SC684

(Filed 15 December 1971)

APPEAL by defendant from *Bowman, Special Judge,* 21 June 1971 Session of CRAVEN Superior Court.

On appeal to superior court defendant was tried on a warrant, proper in form, charging him with shoplifting in violation of G.S. 14-72.1. The jury returned a verdict of guilty and from judgment imposing prison sentence of six months, defendant appealed to this court.

*Attorney General Robert Morgan by Donald A. Davis, Staff Attorney, for the State.*

*Reginald L. Frazier for defendant appellant.*

BRITT, Judge.

With commendable candor, counsel assigned to perfect defendant's appeal to this court states that he has read and examined the transcript and all other documents pertinent to this case but fails to find error. We too have carefully reviewed the record and perceive no error prejudicial to defendant.

No error.

Judges BROCK and VAUGHN concur.